```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
                       CAMDEN VICINAGE
```

| | |
|---|---|
| UFCW LOCAL 152 HEALTH & WELFARE FUND, et al., | : |
| Plaintiffs, | : Civil No. 08-687 (JHR) |
| v. | : |
| SHREE SWAMI, LLC, et al., | : |
| Defendants. | : |

### AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel at the scheduling conference on July 25, 2008; and the Court noting the following appearances: Brett I. Last, Esquire, appearing on behalf of the plaintiffs; and Steven A. Fabietti, Esquire, appearing on behalf of the defendants.

IT IS this **25th** day of **July, 2008**, hereby **ORDERED**:

1. The Court will conduct a telephone status conference on **August 25, 2008 at 12:00 p.m**. **Plaintiff's counsel shall initiate the telephone conference**.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

              s/ Joel Schneider
              JOEL SCHNEIDER
              United States Magistrate Judge